Alfred Erik Caraffa ADC#350727
Name and Prison/Booking Number

Arizona State Prison Complex-Tucson
Place of Confinement

POBox 24403 - Rhincon unit H USIX A O2
Mailing Address

Tucson Arizona 85734 USA
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

Original - U.S. District Court
Arizona (Tucson)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

1) Exparte Alfred E.
Caraffa ADC#350727
et-al.)
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Arizona Dept. of Corrections
(Full Name of Defendant)

(2) State of Arizona

(3) United States of America,

(4) Director of State Prisons in AZ.

Defendant(s).

X Check if there are additional Defendants and attach page 1 A listing them.

A class Action Lawsuit.
under 28 USCS section
1711 and Federal rules of
Civil Procedure rule 23

CASE NO. CV-23-217-TUC-JGZ(PSOT)
(To be supplied by the Clerk)

Jury trial Demanded

CIVIL RIGHTS COMPLAINT
BY A PRISONER

X Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    X 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    X Other: 28 USCS, 18 USCS and 42 USCS also official and
    Individual capacity, 42 USCS Section 1997

2.  Institution/city where violation occurred: ASPC Tucson/Tucson Arizona

62
total pages

550/555

Revised 3/11/16

## B. DEFENDANTS

1. Name of first Defendant: Arizona Dept. of Corrections The first Defendant is employed as: ADCRR _____ at State governmental agency
   (Position and Title)                                    (Institution)

2. Name of second Defendant: State of Arizona The second Defendant is employed as: as: State of Arizona _____ at State governmental agency
   (Position and Title)                                    (Institution)

3. Name of third Defendant: United States of America The third Defendant is employed as: United States of America _____ at Federal governmental Agency in Arizona
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: Director of State Prisons The fourth Defendant is employed as: Director of Arizona State Prisons at State governmental employee In official and Individual capacity
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?      ☒ Yes      ☐ No

2. If yes, how many lawsuits have you filed 116 .   Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Alfred E. Caraffa v. President Joe Biden et al
      2. Court and case number: 22-6552 U.S. Supreme Court
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         Pending Conference

   b. Second prior lawsuit:
      1. Parties: Alfred E. Caraffa v. United States of America et al
      2. Court and case number: 22-6707 U.S. Supreme Court
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         Pending Conference

   c. Third prior lawsuit:
      1. Parties: Alfred E. Caraffa v. President Joe Biden et al
      2. Court and case number: Pending Docket No. U.S. Supreme Court
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         Pending Docket Number.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

62 total pages

## B. Defendants

5) the fifth Defendant is the Warden of ASPC-Tucson Arizona. the fifth Defendant is employed as the Warden of Arizona State Prison in Tucson Arizona in official and Individual Capacity under color of state Law and the Federal Constitution

6) the sixth Defendant Nepa Medical Serviees at Arizona State Prison Complex-Tucson

## A. Jurisdiction

other continued. the First Amendment - Petition clause. And the United States of America Constitution.

## B. Additional Defendants

7) the seventh Defendant is Centurion Medical group formly Medical services for the ADCRR In official Capacity under An Contract with the state

2(b) of ~~8(b) of (7)~~ total (2)

## Additional Plaintiffs

2) All past, present and future prisoners In Custody of the Arizona Dept. of Corrections Or formly in custody who Are Transsexual and Identify as transgender (M.T.F.)

## B. Additional Defendants

8) the 8th Defendant is Named As Unknown Employes at Rincon Unit ASPC-Tucson the 8th Defendant is Employed by the Arizona Dept. of Corrections in official and Individual Capacities Under color of State Law.

9) the Ninth Defendant is Named as C/O Mallon. the 9th Defendant is Employed as Correctional officer Mallon at ASPC-Tucson on Rincon Unit on 3/31/2023 at 6:00 PM to 6:40 PM.

2 (9) of 5 of ~~8~~ total 62

## B. Defendants

10) the tenth Defendant is <u>Michael</u> <u>T. Liburdi</u>. the 10th Defendant is Employed as Judge Liburdi in <u>official and</u> <u>Individual Capacities</u>.

11) the 11th Defendant is <u>Jennifer G.</u> <u>Zipps</u>. the 11th Defendant is Employed as <u>Judge Zipps</u> in <u>official and</u> <u>Individual Capacities</u>

12) the 12th Defendant is <u>E. S. willett</u> the 12th Defendant is Employed as <u>Judge</u> <u>willett (Magistrate Judge)</u> in <u>official and</u> <u>Individual capacities</u>.

13) the 13th Defendant is <u>P. Butkins</u>. the 13th Defendant is Employed as <u>C/O P. Butkins at Arizona Dept. of Corrections</u> <u>IN Tucson Arizona</u>

2 (C) of ☒ of 62

## B. Defendants

(14) the 14 Defendant is JON M. Martinez. the 14th defendant is Employed as Public Defender of Maricopa County Superior Courthouse in Phoenix Arizona.

15) the 15th Defendant is the County of Maricopa. the 15th Defendant is the County of Maricopa, In the state of Arizona

16) the 16th Defendant is the city of Tempe Arizona. the 16th defendant is the city of tempe AZ in the state of Arizona.

17) the 17th Defendants Are the Domestic Terrorist involved in the unlawful Restraint and Deprivations of Constitutional

2 (d) of 62

## B. Defendants

(17 cont.) Rights secured by the United States of America.

18) The 18th Defendant is Kathryn A. DAMStra. The 18th Defendant is Employed As Assistant Attorney General of Arizona in the State of Arizona. In official and Individual Capacity.

## Table of Contents

133 pages of Exhibits of Evidence for U.S. Supreme Court Case Number 22-6707

5 paged motion of Exhibits of Evidence for Supreme Court of the United States Case Number 22-6582 with 83 pages of more Exhibits of Evidence and (2) Letters not slip copies of the U.S. Supreme Court with the SAME Signature from 3/20/23 and 4/3/23

2 (c) of 17 of 62

## B. Defendants

19) the 19th Defendant is named as Correctional officer Corp. Lopez. the 19th Defendant is employed As A Correctional officer at ASPC-Tucson In official and Individual Capacity.

20) the 20th Defendant is named as Correctional officer Miranda. the 20th Defendant is employed As A Correctional officer at ASPC-Tucson In official and Individual Capacities.

21) the 21st Defendant is named as C/O John Doe #66. the 21st Defendant is employed as A correctional officer at ASPC-Tucson In official and Individual Capacities.

2 (F) of 62 of 62 total

<u>8. Defendants</u>

22) the 22nd Defendant is Named as Mail/property officer Byrd. the 22nd Defendant is employed as <u>Mail/property officer on Rincon at ASPC-Tucson</u> in <u>official and Individual Capacity.</u>

23) the 23rd Defendant is Named as Mail/property officer Shivers. the 23rd Defendant is employed as <u>Mail/property officer on Rincon</u> at <u>ASPC-Tucson</u> in <u>official and Individual Capacities.</u>

24) the 24th Defendant is named as Michael T. Liburdi. the 24th Defendant is employed as <u>Judge Liburdi</u> in <u>U.S. District Courthouse. Phoenix Az.</u>

2 (9) of 62 of 62

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **First Amendment United States Constitution**

2. **Count I.** Identify the issue involved.  Check only one.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **Petition clause**

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what each Defendant did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   Under color of State Law in official and Individual Capacity with the Authority of the State of Arizona Defendant(S) of the Arizona Dept. of Corrections, From March 23rd 2023 have Impeded and ~~obstructed~~ obstructed the filing of 38 Federal Court Document(s), Including Five Civil Action Complaints and (5) Documents to the Supreme Court of the United States in open current Court case(S) Filed on 4/11/23

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

   Deprived the First Amendment to Redress the Government of Grievances

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  the Federal Court is the highest level

   62 total pages

COUNT II

1. State the constitutional or other federal civil right that was violated: **14th Amendment U.S. Constitution**

2. Count II. Identify the issue involved. Check only one. State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: **Due process of Law**

3. Supporting Facts. State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In official and Individual Capacity under color of State Law Defendant(s) employes of Arizona Dept. of Corrections have Interferred with the filing(s) of (38) Federal Court Motions and Civil Complaints.

   In open Federal Court Civil habeas Corpus Case(s).

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   Violation(s) of the United States Constitution and Law of this United States

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **The Federal Court is the highest level to Seek Relief.**

   **62 total**

## COUNT III

1. State the constitutional or other federal civil right that was violated: 8th Amendment of the United States Constitution

2. **Count III.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: Cruel punishment
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Under color of State Law in official and Individual Capacity Defendant(s) Employes of the Arizona Dept. of Corrections have fed this captive two meals per day for 111 days. As A form of Unconstitutional punishment for Excerising My Constitutional Rights As An American of the United States. while the United States sit on their hands And extend this Unlawful Custody.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Deprived food as A form of Punishment during An Unconstitutional Incarceration.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. the Federal Court is the highest level for Relief.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

62 total

# Count four

1) Constitutional Right violated.- 8th Amendment of the United States Constitution.

2) Count four - Cruel punishment

3) Supporting facts - Defendant(s) from Napa Care Medical services at ASPC-Tucson along with Centurion Medical group have Deprived Food from this Unconstitutionally Incarcerated person As A form of punishment for filing civil Action(s) against the Arizona Dept. of Corrections

4) Injury - Retaliation against excerising My constitutional Rights As An American!

5) (a) yes      c) yes
   (b) yes

   5(a) of ~~DOC~~ of ~~ADC~~ (c.a.)

## Count Five

1) Constitutional Right violated- 14th Amendment of the United States Constitution.

(2) Count Five- Equal protection of Law

(3) Supporting facts - On March 9th 2022, this habeas petitioner was moved to An SMI Medical unit at Rincon- ASPC-Tucson for Having Gender Identity Disorder In which there Are NO other transsexuals On Any of the 4 yards or 5 yards Being treated for Being Transgender. Just Gender Identity Disorder as Seriously Mentally ILL. Out of All the Incarcerated transsexuals at the Male Prisons in this State of Arizona.

5(5) of ~~$~~ of ~~🖍️~~ 62 total

4) Injury - failure to provide Mental Health treatment for SMI Prisoners in the custody of the Arizona Dept. of Corrections.

5) Is not An issue that Can Be put into this facility Grievance System.

## Count six

1) <u>constitutional</u> Right violated - 8th Amendment of the U.S. constitution

2) <u>count six</u> - cruel and unusual punishment

3) <u>supporting facts</u> - At ASPC-Tucson, the

5 (C) of ~~☒☒~~ of ~~☒☒☒~~ total 62

Medical Departments for the Arizona Dept. of Corrections have failed to Treat Transsexual prisoners with Gender Identity Disorder. And selected A few prisoners) to Treatment on SMI units while Not treating the Disorder of $100^s$ or $1000^s$ of others. who are Not housed on Medical units. A problem which has Been ongoing for Past years.

4) violations(s) for Non-Medical and Mental Health treatment of Arizona prisoners

5) not An grievable Issue that can Be Solved at this facility Level.

<u>Count Seven</u>
1) constitutional Right violated - 14th Amendment

5(d) of ~~18~~ of ~~18~~ 62 total

of the United States Constitution

2) count seven - Due process of Law

3) supporting facts - For possibly 10s of years Defendants the Arizona Dept. of Corrections And there Contracted Medical/ Mental Health Services (now under the Care of Nepa Care Medical services) have Deprived Life from Transgender(s) with Serious Mental Illnesses of Gender Identity disorder. By Not Providing treatment for All the Mentally ILL Transsexuals In Custody of the Arizona Dept. of Corrections.

4) Injury failure to treat Mentally ILL Prisoners in custody

62

5 (2) of ~~~~ of ~~~~ total

5) Not An grieville Issue at this State Prison facility.

<u>Count eight</u>

1) <u>Constitutional or civil rights violation</u> = 14th Amendment of the U.S. Constitution.

2) <u>count 8</u> - Due process of Law (under 18 USCS Section 2331 - Definitions of Domestic Terrorism)

3) <u>supporting facts</u> - Under the Above cited Criminal Activities committed by Employes of the Superior Court of Maricopa County and by Employes of the ~~Superior~~ Arizona Dept. of Corrections and Maricopa County Sheriff's office in official and Individial Capacity to conspire to steal a historial Rare Baseball Trading Card and the property and funds left to Alfred Erik Caraffa by his father Alfred Caraffa. Also Any unknown Defendant(s) to cover-up the Action of

5(f) of ⬛⬛ of ⬛⬛ total

Ex-governor Ducey and the unconstitutional Appointed and not elected Judges of the Superior Court(s) of Maricopa County State of Arizona.

Defendants while in official Capacity under color of state Law Acting AS Individual(s) did Conspire to keep in Unlawful and Unconstitutional Custody while Continuing to Deprive the U.S. Constitutional Rights and Privileges under and secured by the U.S. Constitution.

4) Injury - Kidnapped by Domestic Terrorist As Defined by 18USCS section 2331

5) (a) yes
   (b) NO
   (c) NO

(D) is not An grievible Issue for Remedy at this State Prison.

5(g) of ~~__~~ of 62

# COUNT NINE

1) Constitutional Right or civil right violated: 14th Amendment of the U.S. Constitution.

2) count 9 - Due process of Law - (Torture as Defined by 18 USCS Section 2340)

3) supporting facts- Alfred Erik Caraffa ADC#350727 was subjected to torture by correctional officers acting under color of Law specifically Meant to inflect severe Mental pain and suffering to Myself by the Correctional Staff which have custody and physical Control.

4) Injury- subjected to Mental Torture by correctional staff at ASPC-Tucson Rincon Units.

5 (h) of [scribbled] of 62

5) not Agreivible issue At this facility.

## Count ten

1) constitutional Right violated = fifth Amendment of the U.S. Constitution.

2) count IO - Due process (As cited in 18USCS Section 2331 - "Domestic Terrorist")

3) supporting facts - Defendants Judge Michael T. Liburdi and Judge Jennifer G. Zipps and Judge E.S. Willett in offical Capacity committed unconstitutional action(s) and act(s) in Invidicual Capacity which violated the ~~####~~ Due process of My habeas corpus Action(s) And committed Criminal offenses as Individuals while IN official Capacity under color of legal Authority

5(i) of of of 62

4) Injury- Prolonged Incarceration by unconstitutional Act(s) by Government Employes

(5) Not A grievible Action at this facility

## Count Eleven

1) Constitutional Right or civil right violated - 14# Amendment of U-S-Constitution

2) count 11- Due process of LAW (deprived Liberty and property)

(3) Supporting facts - under color of State Law Defendant(s) Employes of ADCRR Deprived Liberty and property while in official capacity as Individuals. During An open writ of habeas corpus.

4) Injury- Deprived the Constitutional Rights to Liberty and Property-

5 (6) of ~~~~ of 62

5) Not An grievible Action At this State facility

## Count 12

1) constitutional Right violated- 8th Amendment of the U.S. Constitution.

2) Count 12- cruel and unusual punishment (As Defined by 18 USCS Section 2337- Domestic "Terrorist" and by 18 USCS Section 2340 (1) "Torture".)

3) Supporting facts - in Individual Capacity while working as An Correctional officer for the Arizona Dept. of Corrections C/O Mallon Defendant Number Nine. who made continues comments while in official capacity As to "keep this up you'll be here that ten YEARS" and "If he asks me my name I'll never quit" and "I'll just stop feeding him All together".

5(k) of ~~28~~ of 62

While in the hallway outside my cell door on Housing Unit six A run in Front/es passing by cell 2. From 6:00PM to 6:40PM on March 31st 2023.

Comments used to Affect the Mental condition of Alfred Erik Careffa ADC# 350727 to provoke An Responce from or violent Action From.

4) Injury - Mental Torture by correctional Staff in Individual capacity while Acting in official capacity under color of State Law.

(5) Not An grievible issue at this state Prison.

## Count 13

1) Constitutional Right violated — Fifth Amendment of the U.S. Constitution

5(L) of ~~█~~ of 62

2) COUNT 73 - Due process - Deprived Liberty and property (as Defined in 18 USCS section 2340B Exclusive remedies -)

3) Supporting facts - Defendant(s) Michael T. Liburdi, Jennifer G. Zipps, E.S. willet and the Assistant Attorney General of the State of Arizona Kathryn A. DAMSTRA have used unconstitutional Action(s) which under legal Authority in official Capacity to Deprive Liberty and property from Alfred E. Caraffe ADC# 350717. Making unconstitutional Action(s) and giving unlawful act(s) Done as Individuals to disobeying the federal Constitution of the United States.

4) Injury - Abuse of Authority by federal and State employes to Deprive Constitutional Rights and Privileges.

5 (M) of ~~XX~~ of 62

5) Not A grievible Issue at this State prison in Tucson Arizona.

## Count 14

1) Constitutional Right violated — fifth Amendment of the U.S. Constitution.

2) count 14 — Due process (As Defined by 18 USCS section 2333 civil Remedies) (2333a)

3) Supporting facts — under Action in the cited code of the U.S. Alfred E. Caraffa was Deprived property of A RARE historical Trading card which Damaged My estate and deprived ME Liberty by act(s) of Domestic Terrorism which Appropiate Applications were made to the district court of Arizona In Phoenix and Tucson. The Property is Valued at $350,000.00 dollars which I can recover threefold of that Amount for the

5 (N) of ~~※~~ of 62

damages suffered by the lost of my personal property and the Unconstitutional Action(s) which followed.

which comes to 42875E16 on my smart Tablet.

4) <u>Injury</u>- Deprivation of property and Liberty by unconstitutional Abuse of Authority.

5) Not An Grievible issue at this State Prison in Tucson Arizona.

<u>Count 15</u>

1) <u>constitutional Right violated</u>-fifth Amendment of the U.S. Constitution

2) <u>Count 15</u>- Due process- (Deprived Liberty and property)(As Defined in 18 USCS Section 1017) Government seals wrongfully used and Instruments wrongfully sealed.

5(0) of ~~00~~ of <u>62</u>

3) Supporting facts - Defendants in Individual capacity while working for the Federal government in official capacity under color of Law transferred fraudulent documents thru U.S. Postal Services in An conspircy to deprive and violate the Constitution of this United States.

4) Injury - Deprived Due process by federal employees.

5) Not An grievible issue at this State Prison

## Count 16

1) constitutional violation(s) of: fifth Amendment U.S. Constitution.

2) Count 16 - Due process (As Defined in 18 USCS Section 1018)

5 (P) of ⬤⬤ of 62

3) <u>Supporting facts</u> - Under the Authority of the United states, Employes knowingly Made, and delivered as True Certificates or writing (court orders) which contain statements which Are false and fraudulant in case(s) where the punishment is Not expressly provided by the Laws of this United States.

4) <u>Injury</u> - given fraudulant, false court orders by Federal/State employes used to Defraud My self and the United States of America.

5) Not An grievible issue at this State Prison in Tucson AZ.

<u>Count 17</u>

5(q) of ~~██~~ of C2

1) <u>constitution right violated</u> - fifth Amendment of the United States Constitution.

2) <u>Count II</u> - Due process (As Defined In 18 USCS section 668 theft of Major Artwork)

3) <u>supporting facts</u> - The Tempe historical Public library and Museum and the city of tempe, Arizona as well As Defendant's Maricopa County, Maricopa County Sheriffs office, correctional officer P. Butkins and Jon M. Martinez, And unknown Defendants in official Capacity under color of Law or under Authority of the United States or the State of Arizona. As Individuals Conspired to steal and obtain by fraud A cultural heritage object owned by Alfred E. Caraffa ADC# 350727 valued

5 (R) of ~~X~~ of <u>62</u>

at $350,000.⁰⁰ dollars. Did obstain the stolen object by unconstitutional Arrest and Imprisonment with An unconstitutional Trial, and prison sentence to prevent Alfred E. Caroffg ADC#350727 for getting Custody of her property.

4) Injury - unconstitutinally Incarcerated for ownship of An cultural heritage object worth $350,000.⁰⁰ Dollars.

5) Not An grievible issue at this State Prison in Tucson, Arizona.

## Count 18

1) Constitutional Right violated - 14th Amendment U.S. Constitution.

2) count 18 - Due process (false, fictitious or fraudulant claims) 18 USCS section 287

5 (5) of ~~62~~ of 62

3) <u>Supporting facts</u> - Defendant(s)
Michael T. Liburdi, Jennifer G. Zipps,
E.S. Willett and Kathry A. Damstra
In Individual capacities while under
the Authority of the United States or
the State of Arizona in official capacities
Made false, fictitious or fraudulant
Claims upon the United States of
America in official Capacity as Individual(s)
to unconstitutional Act(s) done while
and during An habeas petition of Alfred
Erik Caraffa ADC#350727. To Extend the
unconstitutional time in custody and
violate Federal Constitutional Laws and
make false, fictitous or fraudulant statement(s)
in court order(s) or motion(s) to the federal
Courts.

4) <u>Injury</u> - Abuse of Authority using
unconstitutional Action(s) to Deprive Liberty
and property.  5(T) of ✗✗✗ of 62

5) not grievible at this Prison for the State of Arizona.

## Count 19

1) constitutional Right violated - Fifth Amendment, U.S. Constitution.

2) Count 19 - Due process (As Defined in 18 USCS section 1505 obstruction of proceedings before department(s), agencies and Committees)

3) Supporting facts - Defendants in this Habeas Action have avoid, evaded, tried to prevent and tried to obstruct the Lawful compliance of Civil investigation(s) Into An unconstitutional Restraint of the free excerise of Liberty and the right to petition the government for Redress of grievances and unconstitutional Convictions By Avoiding and evading the

5 (U) of ~~XXX~~ of 62

the "Clear and convincing" document(s)
of Evidence, in the habeas case(s)
provided to the U.S. district Court(s)
In the District of Arizona.

4) <u>Injury</u> - Deprived Liberty by Avoidance
and Evading the Exhibits of Evidence.

5) Not A grievable issue At this State
Prison in Tucson Arizona.

<u>Count 20</u>

1) <u>constitutional Right violated</u> - fifth
Amendment U.S. Constitution

2) <u>count 20</u> - Due process - (As Defined in
18 USCS section 1505)

3) <u>Supporting facts</u> - Defendant(s) Michael

5 (V) of ~~IV~~ of G2

T. Liburdi and E.S. Willett and Jennifer G. Zipps Corruptly obstructed the due and proper administration of the Law under which three habeas corpus writs Are Being sought Along with proper and due compensation. Using An Abusive Action(s) in the Authority office of An United States federal Agency and office of Trust and Profit.

4) Injury - Corrupt Federal Judge's Abusive Authority to keep Alfred Erik Caroffe Unlawfully Restrained in prison.

5) Is not An issue that is grievible at this State Prison in Tucson Arizona.
Right Thumbprint

with DNA Applied

5(w) of ~~8~~ of 62

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

For the Interferrance with filing federal court Documents for 38 Different Federal court Documents I seek the Sum of 1859°° dollars Per day for EAch Document starting on March 23rd 2023. Plus $2500 to one Ratio And Fees and costs.—

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30th 2023

DATE

SIGNATURE OF PLAINTIFF

Alfred Erik Careffe ADC#350727

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of ~~attorney~~ (if any) pere legel

In unconstitutional Custody

(Attorney's address & telephone number)

Left thumb
Print

w/ DNA
SAmple

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

page six of 62 pages total

## E. Request for Relief

I seek the Sum of __150.00__ dollars for Each Meal missed in this unconstitutional Incarceration Against the State of Arizona. I seek __988,900.00__ dollars for the unconstitutional housing on AN SMI units from __March 9th 2022__ until I'm Released and __185 to 1__ Ratio for Punitive damages on Both Judgments. Against the State of Arizona.

On Behalf of Any, All past, present or future transsexual prisoners I seek the Sum of ~~NINE~~ Billion dollars in the class Action for failure to diagnosis, failure to treat and provide Mental Health Services for Transsexuals with Gender Identity Disorder. From the State of Arizona.

I seek the Sum Of ~~$250,000,000.00~~ million dollars Against the Defendant(s)

6 (a) of 3 of 62

Involved in Domestic Terrorism and
I seek the sum of $835,899,000.⁰⁰
Dollars for the unconstitutional time
spent in custody of the State of Arizona
From the State of Arizona under
the 14ᵗʰ Amendment and ARS Const. Art.
28 section six (A)(B)(C)(D). "In addition
too or in lieu of"...

And An additional ~~THREE~~ million
dollars per day starting on March 28ᵗʰ
2023. for the Due process violation(s)
by the ~~Arizona~~ State of Arizona. Plus
Interest on the Judgment.

Against Defendant ŠoMallon I seek the Sum
of $880,000.⁰⁰ Dollars plus Interest on this
Judgment for REtaliational Statements and
harassment. And I seek the Sum of $900,000.⁰⁰
Dollars Against ŠoBatkins plus Interest on that
Judgment Both for Acts Done in Individual capacity.

6 (b) of 3 of 62

## Count 21

Cause of Action

1) constitutional Right violated-
14th Amendment, U.S. Constitution

2) count 21- Due process of Law

3) Supporting facts - without proper
Due process Defendant(s) % Miranda and
corp. Lopez and A third John Doe #66 correctional
officer Allowed Another Inmate At ASPC-
Tucson Rincon Unit on HUSix to spit on
this labess petitioner while in the Day
Room on April 8th 2023, In the Morning
of, As A form of Retaliation and harassment
from Correctional officers at this state prison.

4) Injury- Retaliation from More Correctional
officers

Addition page 7 of 10 of 62

5) (a) yes    (d) writing up correctional
   (b) NO     Staff Bring More retaliation and
   (c) NO     More harassment.

## Count 22

1) Constitutional Right Violated = 8th Amendment U.S. Constitution.

2) Count 22 - cruel punishment

3) Supporting facts - ON April 8th 2023, while in the Dayroom on Housing unit six ON ASPC-Tucson Rincon Compound. Defendants corp. Lopes, C/o Miranda and A third John Doe #66. Conspired to Allow Another Inmate to spit on this habeas Corpus petitioner four time while on Camera. In Retaliation for having A writ of habeas corpus and excerising my Rights to Redress my unconstitutional conviction. and to Label me as A "snitch" Inside the
                    pg 7a of 10 of 62

prison system of this State of Arizona

4) <u>Injury</u> - violations / Retaliation from
Correctional Staff.

5) (a) yes   (d) writing grievances on Staff
   (b) No        at this prison facility Brings
   (C) No        more retaliation and harassment.

## <u>Count 23</u>

1) <u>Constitutional Right violated</u> -
14# Amendment of the United States
   Constitution.

2) <u>count 23</u> - Due process Of Law

3) <u>Supporting facts</u> - for lack of Legal
Supplies Stolen from Alfred E. Caruffa
ADC#350717 on 2/9/23 and 2/23/23 by Staff
                    pg-7(b) of 10 of 62

at ASPC-Tucson Rincon Compound.
Denying Meaningful Access to the federal
Courts for over (30) thirty Federal
Court documents. By Defendants
C/o Byrd and C/o shivers of Rincon Property/
Mail Room.

4) <u>Injury</u> - Deprivation of Meaningful Access
to the federal Courts by lack of Approved
Legal Supplies.

5) (a) yes
   (b) yes
   (c) yes

<u>Count 24</u>

1) <u>Constitutional Right Violated - 14th</u>
Amendment U.S. Constitution.

2) <u>count 24</u> - Due process of Law

pg - 7 (C) of <u>10</u> of <u>62</u>



3) <u>Supporting facts</u> — On April 8th 2023 at 5:45pm on A Run Housing unit six of ~~Rincon~~ Rincon Compound at Arizona State Prison in Tucson Complex —

While outside my cell door Inmate Carlos in cell (3) three A porter on this unit Amitted to entering A computer program into Caraff's tablet to kill this Library on the table". Adding to his Statement "No More Law Library for that Mother f*ck*x" — "what you gonna do Now"

I. Then Informed the Terrorist who Amitted to cyber Terrorism by his own Statements. I would Include it in this civil Action as Count 24. the Media Store Still works, the email system also Still works. But My LAW Library has Shut Down.

pg - 7(d) of <u>10</u> of 62

4) <u>Injury</u> - Retaliation for seeking A Constitutional verdict in An Unlawful Conviction by A Dumb terrorist who has to tell his own Actions and take credit.

5) (a) yes
   (b) NO
   (c) the Federal Court is the highest level.
   (d) Is An issue for the F.B.I.

<u>Count 25</u>

1) <u>Constitutional Right violated</u> - 14th Amendment, U.S. Constitution

2) <u>count 25</u> - Due process of Laws

3) <u>Supporting facts</u> - on April 8th 2023 I, ADC #350717 Alfred E. Caraffa wrote Reference #CCI-A205300020684.23 on the Security Threat Group causing 7(e) of <u>20</u> of <u>62</u>

~~ECONOMIC~~ loss to the state of Arizona on purpose. An criminal offense for Restitution and punishable by up to one year in prison or Both. of the Correctional officers at Rincon Compound on ASPC-Tucson Complex.

They as A collective of people have continuously violated Constitutional Rights and Privileges with NO Regard for the Safety or security of others or For human Life.

See A.R.S.A. title 13-804

4) Injury - violations of Constitutional Rights by A National security threat Group of Domestic Terrorist

5) (a) yes
(B) NO
(C) The federal Court is the highest level
(d) can't write Constitutional grievances on Terrorist's pg-7 (F) of 10 of 62

# Count 26

1) <u>Constitutional Right Violated</u> - U.S. Constitution and Bill of Rights

2) <u>Count 26</u> - All Constitutional Laws

3) <u>Supporting facts</u> - since <u>Oct. 19th 2022</u> until present. As An Active cell of Domestic terrorist. Correctional officers have Deprived All Constitutional Rights with the help of Inmates on Santa Rita and Rincon Compounds.
Actively violating the office of the President of the United States of America. and Against the Supreme Court of this United States. During A Cue of the County of Maricopa, Arizona with unconstitutionally Appointed and Not Elected Supreme Court and Superior court and Phoenix Court Judge's who have

7(g) of <u>10</u> of <u>62</u>

A four year term in public office and
have to be elected to hold their office.

4) Injury - Denials of Constitutional
Rights During A Cue in the State of
Arizona.

5) (a) yes
   (b) No
   (c) No
   (d) During A Cue the federal government
can not suspend the writ of habeas corpus-
and the Cue problem costs too much too fix
So the unconstitutional prisoners have made
Deals to stay in prison with correctional
Staff. Alfred E. Giraffe ADC#350727

has NOT

7(b) of 10 of 62

## E. Request for Relief

I seek the sum of $900,000.00 Dollars against C/O Byrd. Plus Interest on the Judgment. Also I seek the Sum of $1,500,000.00 Dollars against C/O Shivers (female of Mail/Property). Plus Interest on the Judgment.

Also I seek the sum of $1 million dollars against C/O Corp. Lopez plus Interest on this Judgment. Also I seek the sum of 125 Million Dollars Against C/O Miranda plus Interest on this Judgment. Also I seek the Sum of $1 million dollars Against John Doe #66 plus Interest on this Judgment.

All the Above Defendants from pages 7 to 7(h) Are in Individual capacity while working in official Capacity. All Relief is sought in Individual Capacities for violation(s) of U.S. Constitutional Rights of Alfred Erik Caraff ADC #350727 while in State of Arizona Custody up to April 8th 2023 But not limited too

page 8 of 10
of 62

## E. Request for Relief

I seek the following Relief from;
Against the Inmate who spit on me, I
seek <u>1 million dollars</u> in Relief as part of
the conspiracy to Deprive Constitutional
Rights Secured by the U.S. constitution

Against the state of Arizona I seek
an Additional <u>$30 million dollars</u> Because
of Correctional officers who think kidnapping
is funny and they can do whatever they want.
Even Break Constitutional Laws, Because they
are Above the Law and the federal government.

I seek Against the Arizona Dept of Corrections
the Sum of ~~1 billion dollars~~ ($850,000,000.⁰⁰)
Plus Interest on that Judgment.
Also $9,999,999.⁰⁰ Against the United States of
America. and <u>10 million dollars</u> against the
County of Maricopa for violation(s) of Constitutional
Rights of the sixth Amendment plus Instrest on
All the Above Judgment Fees and copy costs.
and $1,000,000.⁰⁰ for unusual punishment.



## Count 27

1) Constitutional Right violated - 14th Amendment U.S. Constitution.

2) Count 27 - Due process of Law under 18 USCS Section 2340(1) - "Torture"

3) Supporting facts - Under color of Law, In official and Individual Capacities, Employes of the Arizona Department of Corrections engaged In specifically Intended conduct And Act(s) To inflict severe Mental pain or suffering of unlawful Legal Sanctions Upon Alfred Chile Caraffa ADC#350727 while in custody of the Arizona Dept. of Corrections.

4) Injury - State of Arizona Employes using Acts or Action(s) under color of Law of Unconstitutional Convictions to create A False hoax Against A person In custody.

Additional page 9 of 23 of 62

5)(a) yes (b) No (c) No (d) Not grievable
at this facility.

## Count 28

1) constitutional right violated- 8th
Amendment, U.S. Constitution.

2) count 28 - cruel punishment (violation(s)
of section 2385 of title 18 USC s)

3) supporting facts - under color of State Law
In official and Individual Capacities,
Employes of the ADCRR Actively engaged in
and tried to prevent the reporting of Unelected
and unconstitutionally Appointed Justices and
Judges of the State of Arizona.
who willfully advocated to overthrow the
Judicial Court(s) of the County of Maricopa
Arizona and possibible other counties. During
the Unconstitutionally Elected Ex-governor
Doug Dacey. with force to restrain the Meaningful
Access to the federal Court(s) and agencies to
Report Such Conduct to Authorities

4) <u>Injury</u> - State employes engaging in An Conspiracy to over throw the State government and Did over throw the County Government of Maricopa, Arizona.

5) (a) yes
   (b) NO
   (c) NO
   (d) Not An grievable Issue at this facility.

## Count 29

<u>1)</u> <u>Constitutional Right Violated</u> — <u>14th</u> Amendment of the U.S. Constitution.

2) <u>Count 29</u> - Due process of Law (violation(s) under 18 USCS section 2385 Advocating over throw of Government)

3) <u>Supporting facts</u> - UNDER color of State Law In official and Individual Capacity. Employes of the Arizona Dept. of Corrections organizes a society or group of persons to engage and encourage others to engage in the over throwing

and current Active Cover-up of such Act(s)
Action(s) that overthrown the Judicial
Department of the County and State capital
of Phoenix, Arizona.

who Became Member(s) of such Society or
group of person(s) or Affilates with groups
of person(s) And Are Affilated with Employes
of Arizona Dept of Correction(s).

4) Injury - overthrowing the county of
Maricopa Judicial Department of Maricopa
County, Arizona.

5) Not A grievible issue at this facility.

## Count 30

1) Constitutional Right violated - Article
three section three clause one

2) count 30 - TREASON - (Against the United
States and the government of State of Arizona)
and (section 2383 Rebellion or insurrection)

9 of 13 of 62

3) <u>Supporting facts</u> - Under color of State Law and Laws of this United States of America - Employes of the Arizona Dept. of Corrections incited and engaged in A Rebellion against the Authority of this United States of America and Laws of the United States thereof and gave aid and comfort to other(s) who engaged in the Same while in official and Individual Capacities as Employes for the Arizona Dept. of Corrections.

4) <u>Injury</u> - TREASON Against the United States of America By Members of the Arizona Dept. of Corrections.

5) <u>NO</u> constitutional Rights or privileges will Exsist During A clear Rebellion Against the constitution and the United States of America.

8 of <u>13</u> of <u>62</u>

## Count 31

1) <u>constitutional Right violated</u> — Article three Section three clause ONE

2) <u>count 31</u> — Treason (violation(s) of 18 USCS Section 2384 seditious Conspiracy)

3) <u>Supporting facts</u> — under official and Individual Capacities while under color of state Law Members of the Arizona Dept. of Corrections in the State of Arizona. Conspired to overthrow the government of the United states and to oppose by force the Authority thereof, (force being the continuing unconstitutional Incarceration of ADC#350727 Alfred Erik Caruffs to prevent, hinder and delay the proper execution of Laws under hascas corpus and to unconstitutionally seize the phyicial Body of Alfred Erik Caruffs ADC#350727

4) <u>Injury</u> — TREASON Against the united States of America.

9 of 13 of <u>62</u>

5) No grievance process for Acts of Treason at this State facility.

## Count 32

1) constitutional Rights(s) violated = 14th Amendment, U.S. Constitution

2) count 32 - Due process of Law (under 18 USCS section 1962 - Prohibited activities)

3) Supporting facts - under color of State Law In official Capacities with An crime of (A) kidnapping (Alfred Erik Caruffe ADC#350727) which is chargeable under State Law and punishable by imprisonment for more than one year.
(B) which is Indictable under any of the federal Laws against Corruption and corrupt organizations (ADCRR) Such person(s) as Individual(s) in official Capacity employed by And As An Entity and enterprise and (s) have conduct and Member(s) in Act(s) of two or more Racketeering Activities (9) conspire to

9 of 13 of 62

Steal documentary Materials of their Criminal action(s) and Actualy Interfer with and hinder the filing(s) of Federal Court Civil action(s) and Reporting of Criminal Action(s), conspire to Steal evidence of their involvement in criminal Activities and Involve member(s) of the federal district Courts of the State of Arizona. OR Person(s) Provide fraudulant Federal Court document(s) in civil, habeas Corpus Cases.

4) <u>Injury</u> – Deprivation(s) of Civil and Constitutional Rights/Privileges

5) Not grievable at this state facility.

## count 33

1) <u>Constitutional Right violated – fifth Amendment of the U.S. Constitution.</u>

2) <u>Count 33</u> – Due process (under violation(s) of 18USCS Section 1968 civil Investigative demand(s)

9 of <u>13</u> of <u>62</u>

3) <u>supporting facts</u> - under color of State Law in official and Individual Capacities Members) of the Arizona Dept. of Correction(s) have engaged in criminal Activity under chapter 96 Racketeer, Influenced and Corrupt organizations. and under section 2076 of this title; Clerk of the United States District Court. who willingly with knowledge there of Neglected to Make document(s) of the court(s) As Law provides.

4) <u>Injury</u> - over 40 civil actions with NO seals of the United States on Any case official document (s).

5)(a) yes
  (b) No
  (c) No
  (d) Not An Grievable Issue at this State Prison

9 of <u>13</u> of <u>62</u>

# Count 34

1) Constitutional Right Violation(s)
Fifth Amendment U.S. Constitution.

2) count 34 - Due process of Law - under
section 1501 of Title 18 and section 1513
Retaliating against a witness; victim or an
Informant.

3) supporting facts - This habeas corpus
petitioner has Been trying to get A
Constitutional verdict under A writ of
habeas Corpus that has constitutional error
after Constitutional Error of Court document(s)
And clearly stated Constitutional Laws of
the United States. Only to Recieve while in
State Custody More fraudulent, Federal Court
document(s) and More Retaliation By Employes
of the State of Arizona and the U.S. District
Court(s) of Arizona. Phoenix/Tucson Divisions

9 of 13 of 62

4) <u>Injury</u>- Retaliation Against A witness to terrorism/and criminal offenses by Law Enforcement officers.

5) (a) yes
    (b) yes
    (C) yes

## Count 35

1) <u>constitutional Right violated</u>- 8th Amendment U. S. Constitution

2) <u>count 35</u> - cruel punishment

3) <u>supporting facts</u> - under color of State Law in official and Individual Capacities Members of the Arizona Dept. of Corrections have Deprived food As Aform of Retaliation to this kidnapped habeas corpus Captive of

9 of <u>13</u> of <u>62</u>

the Arizona Dept. of Corrections on April 9th 2023 ~~was~~ Dinner was not served until 8:24 pm to Alfred Erik Caruffa ADC# 358727

4) INJURY- Deprived food As A form of punishment.

5) (a) yes
   (b) yes
   (c) yes

9 of 13 of 62

## E. Request for Relief

I seek for Counties 27 to Counts 34
the sum of ~~ONE~~ BILLION ~~=~~ dollars
plus Interest on this Judgment. Against
the State of Arizona and 880,000,000.
Million dollars for cruel and unusual
punishment Against the United States
of America In official Capacity. For
Action(s) of Honorable Judge Liburdi
In official Capacity. see case file PHX-MTL(ESW) 2:22-cv-00813-

And Impeachment of Judge Liburdi
under ~~the~~ the Constitution of this United
States. As well as Impeachment(s) of all
Maricopa County Superior Court Judge's
not Constitutionally Elected to office
During Ex-Gov. Doug Ducey's unlawful
and unconstitutional ~~time in office~~. And
federal felony ADC# ~~scribbled~~
criminal charges. ~~scribbled~~

9 of ~~13~~ of 62